**AFFIDAVIT OF SERVICE**

Re:   Lee v. City of Newburgh
      08-CV-2382


STATE OF NEW YORK      )
                       ) SS:
COUNTY OF ORANGE       )


    MARK MEDYNSKI, being duly sworn, states that he is over the age of 18 years, is not a party to this action, and resides in the State of New York; that on the _17th_ day of March, 2008, at __12:16__ at Newburgh City Hall, 83 Broadway, Newburgh, New York, deponent served a copy of the following document(s) upon the following person or entity:

DOCUMENT(S) SERVED:   __SUMMONS AND COMPLAINT__

PERSON SERVED:   __DEFENDANT CITY OF NEWBURGH__

Service was performed in the following manner:

_X_  By delivering the document(s) personally to the defendant, a corporation, to an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service. [CPLR §311 (a) (1)].


Description of the person who accepted service:

NAME: __Donna Talerico__
SEX: __FM__   RACE: __white__   HAIR: __Brown__
AGE: __40__   HT: __5'10__   WT: __135__


DATE: __3-17-08__   SIGNED: _____
                                              MARK MEDYNSKI


Sworn to before me this __17__ day of __March__, 2008

_____
NOTARY PUBLIC

STEPHEN S. COBB
Notary Public, State of New York
No. 01CO6074250
Qualified in Orange County
Commission Expires May 13, 20 __